**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WILLIAM COLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:23-cv-00883** |
| | ) | |
| **STANTON HEIDLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Coley's objections (Doc. No. 42) to the Report and Recommendation (Doc. No. 36) are **OVERRULED**, and the Report and Recommendation (Doc. No. 36) is **ADOPTED IN PART**. The amended petition for a writ of habeas corpus (Doc. No. 24) is **DENIED**. No certificate of appealability will issue. The Clerk shall close the file.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE